**Michael Ray SKAGGS, Appellant,**

v.

**GALLO PRODUCE and Commercial Union Insurance Company, Respondents.**

**No. WD 36473.**

Missouri Court of Appeals,
Western District.

June 11, 1985.

Robert Allen Griffey, Kansas City, for appellant.

Jack B. Robertson, Kansas City, for respondents.

Before LOWENSTEIN, P.J., and SHANGLER and SOMERVILLE, JJ.

## ORDER

PER CURIAM:

The employee Skaggs appeals directly to this court under § 287.495, RSMo 1980, to review the final award of the Labor and Industrial Relations Commission which affirmed the decision of the Administrative Law Judge to deny workers compensation benefits to employee Skaggs against employer Gallo Produce Company on the determination that the employee did not prove an accident.

Affirmed. Rule 84.16(b).